JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LIZA J. P. C.,[1]

Plaintiff,

v.

FRANK J. BISIGNANO, Commissioner of Social Security,

Defendant.

Case No. EDCV 25-1643 MEMF (RAO)

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: September 30, 2026

MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.